# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2009

Marilyn Kelly,
Chief Justice

139282

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 139282
COA: 291847
Gratiot CC: 07-005449-FC

MARC ALAN DELGADO,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 11, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2009

_____
Clerk